PAUL A. BLECHNER (SBN 159514)
PBlechner@GreenbergGlusker.com
IRA M. STEINBERG (SBN 273997)
ISteinberg@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiff
PACIFIC TRELLIS FRUIT, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC TRELLIS FRUIT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AGRICOLA YAURILLA, S.A., and RICHARD FORSYTH REBAGLIATI, <br><br> Defendant. | Case No. C.A. 2:16-cv-04160-DSF-GJS <br><br> **STIPULATED JUDGMENT** |

In the above-entitled case, plaintiff Pacific Trellis Fruit, LLC, a California limited liability corporation, ("Pacific"), defendant Richard Forsyth Rebagliati, a natural person, ("Forsyth"), and defendant Agricola Yaurilla, S.A., a Peruvian share corporation ("Agricola"), having stipulated that judgment be entered in favor of Pacific against Forsyth and Agricola, jointly and severally, in the sum of $75,000, plus interest in the sum of $3,205.48 through August 3, 2017, and $20.55 in interest per day thereafter, and $7,100 in attorneys' fees and costs incurred in obtaining entry of Judgment.

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that plaintiff Pacific have judgment against defendants Agricola and Forsyth, jointly and severally, in the sum of $75,000, plus interest through August 3, 2017, in the amount of $3,205.48, plus interest at the rate of $20.55 per day from August 4, 2017, through and until the Judgment is paid in full, plus $7,100 for fees and costs incurred by Pacific through August 3, 2017. Future attorney fees and costs incurred in enforcement or collection of the Judgment shall be recoverable in addition to the amount of the Judgment.

Dated: 8/8/17

_____
JUDGE OF THE U.S. DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

68759-00005/2843770.1